UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
MICHAEL PELUCCO,

                Plaintiff,

                                                                                            **JUDGMENT**
                                                                                            19-CV-4397 (RRM)

        - against -

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------x

        For the reasons set forth in a Memorandum and Order issued by the undersigned on March 30, 2021, this matter is remanded to the Commissioner of Social Security for further proceedings consistent with said Memorandum and Order, and the file is closed in this Court.

Dated: Brooklyn, New
       March 31, 2021

                                                                      *Roslynn R. Mauskopf*
                                                                     _____
                                                                     ROSLYNN R. MAUSKOPF
                                                                     United States District Judge